142 So. 922

## G. M. HANKS v. STATE.
### 7 Div. 889.

Court of Appeals of Alabama.
June 7, 1932.

RICE, J.
Appeal dismissed.

149 So. 925

## Sid HANNON and Horace Robinson v. STATE.
### 6 Div. 307.

Court of Appeals of Alabama.
May 16, 1933.

Rehearing Denied June 30, 1933.

J. L. Stephenson, of Parrish, for appellants.

Thos. E. Knight, Jr., Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.

RICE, Judge.

These two appellants were separately indicted for the offense of perjury under the provisions of Code 1923, § 5161; i. e., perjury, etc., except on the trial of any person under an indictment for a felony. The indictment against each appellant was identical with that against the other.

By agreement the cases were consolidated or tried together as one case. Both appellants were convicted; both appeal; and, the evidence, rulings, etc., being the same, both cases are treated as one here.

There is really no occasion for comment. Nothing irregular or erroneous anywhere appears. The evidence made a case proper to be submitted to the jury, and no motion was made to set same aside, etc., as, indeed, had such motion been made, the same would have been overruled without error.

The learned trial judge gave to the jury, in his oral charge, and surely, in connection with the written charges given at appellants' request, correctly, every applicable principle of law.

The judgments of conviction, etc., are affirmed. See Bradford v. State, 134 Ala. 141, 32 So. 742.

Affirmed.

145 So. 919

## Alva HANSON v. Gus MAY et al.
### 8 Div. 651.

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

142 So. 922

## Lester HARBIN v. CITY OF HUNTSVILLE.
### 8 Div. 527.

Court of Appeals of Alabama.
May 19, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 917

## Alford HARBIN v. STATE.
### 8 Div. 427.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

148 So. 919

## Burton HARBIN v. STATE.
### 6 Div. 487.

Court of Appeals of Alabama.
May 16, 1933.

BRICKEN, Presiding Judge.
Affirmed.